# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 128.135.171.53 | University of Chicago | 2011-05-23 06:07:13 AM |
| 168.93.67.115 | First Communications | 2011-05-24 03:50:39 PM |
| 216.80.15.137 | RCN Corporation | 2011-05-23 10:29:38 PM |
| 24.1.212.163 | Comcast Cable Communications | 2011-06-01 10:33:41 PM |
| 24.1.75.202 | Comcast Cable Communications | 2011-05-24 01:00:13 AM |
| 64.81.148.92 | Speakeasy | 2011-05-07 10:20:48 PM |
| 67.162.110.136 | Comcast Cable Communications | 2011-06-03 12:12:58 AM |
| 67.162.83.21 | Comcast Cable Communications | 2011-05-04 05:00:27 PM |
| 67.163.17.55 | Comcast Cable Communications | 2011-06-01 03:53:25 PM |
| 67.163.81.82 | Comcast Cable Communications | 2011-05-27 08:49:51 PM |
| 67.176.178.234 | Comcast Cable Communications | 2011-05-22 07:02:04 AM |
| 67.184.193.186 | Comcast Cable Communications | 2011-05-05 07:34:08 PM |
| 67.186.121.118 | Comcast Cable Communications | 2011-06-03 08:37:44 AM |
| 74.120.201.110 | Tel-Star Cablevision | 2011-05-08 11:19:32 PM |
| 75.56.57.150 | AT&T Internet Services | 2011-05-06 07:31:51 PM |
| 75.56.58.107 | AT&T Internet Services | 2011-05-16 06:26:43 AM |
| 75.57.122.233 | AT&T Internet Services | 2011-05-16 08:57:47 AM |
| 75.57.123.1 | AT&T Internet Services | 2011-05-27 05:23:52 AM |
| 75.57.139.91 | AT&T Internet Services | 2011-05-27 02:13:16 AM |
| 76.209.60.90 | AT&T Internet Services | 2011-05-19 05:24:32 PM |
| 76.217.100.178 | AT&T Internet Services | 2011-05-18 02:27:25 AM |
| 76.217.101.56 | AT&T Internet Services | 2011-05-17 08:27:01 AM |
| 76.217.102.94 | AT&T Internet Services | 2011-05-27 08:34:31 AM |
| 76.217.109.211 | AT&T Internet Services | 2011-05-03 02:48:17 PM |
| 76.217.96.31 | AT&T Internet Services | 2011-05-19 10:43:42 PM |
| 76.222.57.202 | AT&T Internet Services | 2011-05-27 06:45:03 AM |
| 76.222.57.34 | AT&T Internet Services | 2011-05-25 03:47:20 PM |
| 76.222.59.238 | AT&T Internet Services | 2011-05-25 09:47:35 PM |
| 76.223.249.124 | AT&T Internet Services | 2011-05-19 02:11:07 AM |
| 76.223.251.230 | AT&T Internet Services | 2011-05-17 03:44:29 AM |
| 76.224.0.194 | AT&T Internet Services | 2011-05-24 02:25:46 AM |
| 76.224.1.59 | AT&T Internet Services | 2011-05-17 09:08:02 PM |
| 76.224.118.71 | AT&T Internet Services | 2011-05-03 03:40:48 PM |
| 76.224.13.198 | AT&T Internet Services | 2011-05-18 12:54:51 AM |
| 76.224.16.108 | AT&T Internet Services | 2011-05-26 02:05:39 AM |
| 76.224.22.153 | AT&T Internet Services | 2011-05-23 09:56:07 PM |
| 76.224.25.214 | AT&T Internet Services | 2011-05-20 06:04:57 PM |
| 76.224.4.141 | AT&T Internet Services | 2011-05-18 04:01:57 AM |
| 76.224.5.118 | AT&T Internet Services | 2011-05-19 03:16:56 PM |
| 76.224.6.183 | AT&T Internet Services | 2011-05-27 12:06:12 AM |
| 76.224.7.170 | AT&T Internet Services | 2011-05-16 01:53:04 AM |
| 76.29.209.149 | Comcast Cable Communications | 2011-05-25 02:11:52 PM |
| 97.92.207.93 | Charter Communications | 2011-05-06 04:31:42 PM |
| 98.206.49.194 | Comcast Cable Communications | 2011-06-01 07:08:38 AM |
| 98.212.156.194 | Comcast Cable Communications | 2011-05-22 02:49:17 PM |
| 98.213.146.250 | Comcast Cable Communications | 2011-05-23 05:41:53 PM |

| 98.213.20.149 | Comcast Cable Communications | 2011-05-11 10:20:08 PM |
| 98.214.244.239 | Comcast Cable Communications | 2011-05-24 04:58:21 PM |
| 98.215.224.86 | Comcast Cable Communications | 2011-05-23 02:10:21 PM |
| 98.220.236.95 | Comcast Cable Communications | 2011-05-24 06:48:13 AM |
| 98.228.141.143 | Comcast Cable Communications | 2011-05-10 12:24:01 AM |
| 98.228.210.71 | Comcast Cable Communications | 2011-05-05 05:59:50 AM |
| 99.103.238.254 | AT&T Internet Services | 2011-05-22 04:23:49 PM |
| 99.120.62.218 | AT&T Internet Services | 2011-05-19 02:37:26 PM |
| 99.135.92.11 | AT&T Internet Services | 2011-05-27 07:32:07 AM |
| 99.139.121.181 | AT&T Internet Services | 2011-05-26 02:10:20 PM |
| 99.141.141.184 | AT&T Internet Services | 2011-05-23 12:57:11 AM |
| 99.141.170.157 | AT&T Internet Services | 2011-05-19 04:48:29 PM |
| 99.142.58.248 | AT&T Internet Services | 2011-05-17 01:10:38 PM |
| 99.142.81.188 | AT&T Internet Services | 2011-05-13 04:23:06 PM |
| 99.160.190.142 | AT&T Internet Services | 2011-05-10 07:07:21 PM |
| 99.194.197.202 | CenturyLink | 2011-05-27 02:53:47 PM |
| 99.91.82.104 | AT&T Internet Services | 2011-05-29 08:31:15 PM |