# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

First Time Videos, LLC

                          Plaintiff,

v.                                               Case No.: 1:11−cv−03837

                                                             Honorable Ruben Castillo

Does 1−63

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2011:

      MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 8/2/2011. Defendant Doe, 67.184.193.186's pro se motion to quash [11] and motion for protective order [12] are entered and continued generally. Defendant Doe, 67.184.193.186 is given 30 days to obtain counsel and then the Court will rule by mail on the pending motions. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.