# EXHIBIT A

IP Address
67.162.110.136
67.162.83.21
98.213.20.149