**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DOES 1 – 63, )<br> )<br>    Defendants. )<br> )<br> ) | CASE NO.: 1:11-cv-03837<br><br>Judge: Hon. Ruben Castillo<br><br>Magistrate Judge: Hon. Susan E. Cox |

**<u>PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS</u>**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in <u>Exhibit A</u> to this Notice of Dismissal. The Doe Defendants associated with this Dismissal are Does 4–7. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1–7 have been dismissed from this action.

[intentionally left blank]

-2-

Respectfully submitted,

FIRST TIME VIDEOS, LLC

**DATED:** October 6, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St., Suite 3200,
Chicago, IL 60601
Tel.: (312) 880-9160
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 6, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


                   s/ John Steele
                   JOHN STEELE