# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3837 | **DATE** | 10/7/2011 |
| **CASE TITLE** | First Time Videos, LLC vs. Does 1 - 63 | | |

**DOCKET ENTRY TEXT**

Defendant Does with the following IP addresses, 67.162.110.136, 67.162.83.21, 98.213.20.149 are dismissed with prejudice pursuant to the Notice of Dismissal [16] filed by Plaintiff on 8/10/11. Defendant Does with the following IP addresses, 67.163.17.55, 98.213.146.250, 98.228.141.143, 98.228.210.71 are hereby dismissed with prejudice pursuant to the Notice of Dismissal [18] filed by Plaintiff on 10/6/11.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|