**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 63, )<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 1:11-CV-03837<br><br>Judge: Hon. Ruben Castillo<br><br>Magistrate: Hon. Susan E. Cox |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the remaining Doe Defendants in this case <u>except</u> for the Doe Defendant associated with Internet Protocol address 67.186.121.118. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

Respectfully submitted,

FIRST TIME VIDEOS, LLC

**DATED:** December 30, 2011

                                             By:    /s/ Paul Duffy
                                                        Paul Duffy (Bar No. 6210496)
                                                        Prenda Law Inc.
                                                         161 N. Clark St., Suite 3200
                                                        Chicago, IL 60601
                                                         Telephone: (312) 880-9160
                                                        Facsimile: (312) 893-5677
                                                        E-mail: paduffy@wefightpiracy.com
                                                        *Attorney for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on December 30, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                     /s/ Paul Duffy
                     PAUL DUFFY