# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3837 | **DATE** | 1/3/2012 |
| **CASE TITLE** | First Time Videos, LLC vs. Does 1 - 63 | | |

**DOCKET ENTRY TEXT**

All remaining defendants <u>except</u> for the Doe Defendant associated with IP address 67.186.121.118 are dismissed without prejudice pursuant to the Notice of Dismissal [25] filed by the Plaintiff on 12/30/11.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|