## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

First Time Videos, LLC

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–03837
                                                        Honorable Ruben Castillo

Mike Younger, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 6, 2012:

 MINUTE entry before Honorable Ruben Castillo:Defendant Doe I.P. address 67.l84.193.186 was voluntarily dismissed without prejudice on 12/30/2011 [25]; therefore, Defendant Doe I.P. address's motion to quash [11] and motion for protective order [12] are denied as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.